UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
J & J Sports Productions, Inc.,                              DEFAULT JUDGMENT (proposed)

                              Plaintiff,
      - against -                                                      Case No.: 1:19-cv-03653-ER

Rosaura Valerio , individually and d/b/a J J Sports Bar;
and J J Sport Bar Restaurant Corp. ,
an unknown business entity d/b/a J J Sports Bar

                            Defendant(s).
-------------------------------------------------------------------X

      Default having been entered against Rosaura Valerio , individually and d/b/a J J Sports Bar and J J Sport Bar Restaurant Corp. , an unknown business entity d/b/a J J Sports Bar (hereinafter "Defendant(s)") on 06/06/2019, and the Application for Entry of Default Judgment and documentation in support thereof having been filed on or about 06/05/2019, and having been served on the Defendant(s) and notice given and no appearance by the Defendant(s) having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore

      IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT be entered against Defendant(s) and in favor of J & J Sports Productions, Inc. as follows:

      a. For the Violation of Title 47 U.S.C. § 605(e)(3)(C)(i)(II):      $6,600.00

      b. For the Violation of Title 47 U.S.C. § 605(e)(3)(C)(ii):       $19,800.00

      Total as of July 17, 2019:      $26,400.00

and it is further

      **ORDERED AND ADJUDGED** that Plaintiff may submit its request for pre and post-judgment interest, costs, and attorneys' fees within 30 days of the entry of this Order.

**It is so ordered:**

DATED this __29th__ day of __August, 2022__

_____
Honorable
United States District Judge